JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

17-CV-5695

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**17 / 5695**

## I. (a) PLAINTIFFS
DARYL KOFSKY

**DEFENDANTS**
MICHAEL SALERNO and BLACK DIAMOND INVESTMENT GROUP LLC

**(b)** County of Residence of First Listed Plaintiff: Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Delaware
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Winebrake & Santillo, LLC, 715 Twining Road, Suite 211, Dresher, PA 19025; (215) 884-2491

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☒ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Fair Labor Standards Act, 29 U.S.C. 201, et seq.

Brief description of cause:
Failure to pay overtime premium compensation and contractually owed wages.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 12/16/2017
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

DEC 19 2017

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

S.T.

UNITED STATES DISTRICT COURT **17 5695**

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 530 South 2nd Street, Philadelphia, PA 19147

Address of Defendant: 90 Atwater Road, Chadds Ford, PA 19317

Place of Accident, Incident or Transaction: Philadelphia, PA
(Use Reverse Side For Additional Space)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes☐ No☐ UNKNOWN

Does this case involve multidistrict litigation possibilities? Yes☐ No☒

RELATED CASE, IF ANY:
Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐ No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐ No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐ No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐ No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. Federal Question Cases:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) Fair Labor Standards Act

B. Diversity Jurisdiction Cases:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

**ARBITRATION CERTIFICATION**
(Check Appropriate Category)
I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;
☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
Attorney-at-Law    Attorney I.D.#
NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 12/16/17  Peter Winebrake  80496
Attorney-at-Law    Attorney I.D.#
PETER WINEBRAKE

CIV. 609 (5/2012)

DEC 19 2017



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CASE MANAGEMENT TRACK DESIGNATION FORM

DARYL KOFSKY                           :         CIVIL ACTION
          v.                           :
MICHAEL SALERNO, et al.                :         NO. 17  5695

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.                                   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.                                          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.             (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.                                                                                   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)                                                                                      ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.                         ( )

12/16/17        PETER WINEBRAKE              Plaintiff
Date            Attorney-at-law              Attorney for

215-884-2491    215-884-2492                 pwinebrake@winebrakelaw.com
Telephone       FAX Number                   E-Mail Address


(Civ. 660) 10/02

DEC 19 2017

# WINEBRAKE & SANTILLO, LLC

12/16, 2017

Via: Regular Mail

**17 5695**

Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: Civil Complaint: DARYL KOFSKY v. MICHAEL SALERNO

To Whom It May Concern:

I enclose for filing: (1) a complaint in the above-referenced matter; (2) a completed Civil Cover Sheet: (3) a completed Case Management Designation Form; (4) a completed Designation Form; (5) a check covering the Court's filing fee; and (5) a disk containing a PDF image of the complaint.

Thank you for your attention to this matter. Please contact my office if the Court has any questions or concerns.

Respectfully,

WINEBRAKE & SANTILLO, LLC

www.winebrakelaw.com
Home Office: Twining Office Center, Suite 211, 715 Twining Road, Dresher, PA 19025 • Phone: (215) 884-2491 • Fax: (215) 884-2492



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL KOFSKY,<br>　　　　　　　Plaintiff,<br>　　v.<br><br>MICHAEL SALERNO and BLACK<br>DIAMOND INVESTMENT GROUP LLC,<br>　　　　　　　Defendants. | CIVIL ACTION<br><br>NO. _____<br><br>ARBITRATION-ELIGIBLE |

## COMPLAINT

Plaintiff Daryl Kofsky ("Plaintiff") brings this lawsuit against Michael Salerno ("Salerno") and Black Diamond Investment Group LLC ("Black Diamond") (collectively "Defendants"), seeking all available relief under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, et seq., the Pennsylvania Minimum Wage Act ("PMWA"), 43 P.S. §§ 333.101, et seq., the Pennsylvania Wage Payment and Collection Law ("PWPCL"), 43 P.S. §§ 260.1, *et seq*., and, alternatively, the Pennsylvania doctrine of unjust enrichment.

## JURISDICTION AND VENUE

1. Jurisdiction over the FLSA claim is proper under 28 U.S.C. § 1331.

2. Jurisdiction over the state law claims is proper under 28 U.S.C. § 1367.

3. Venue is proper under 28 U.S.C. § 1391.

## PARTIES

4. Plaintiff resides in Philadelphia, PA.

5. Black Diamond is a corporate entity headquartered in Philadelphia, PA.

6. Salerno resides in Chadds Ford, PA.

7. Defendants are employers covered by the FLSA, the PMWA, and the PWPCL.

## FACTS

8. Defendants have owned and operated foreign currency trading companies operating under business names such as Black Diamond Forex, BDF Trading, and Advanta FX.

9. In February 2017, Defendants hired Plaintiff into the position of Senior Recruiter and agreed to pay him $11.00/hour plus a $125.00 bonus for each employee he successfully recruited. See Exhibit A.

10. In May 2017, Defendants agreed to increase Plaintiff's compensation to a $55,000.00 annual salary plus a $125.00 bonus for each employee he successfully recruited. See, e.g., Exhibit B.

11. Plaintiff stopped working for Defendants in approximately October 2017.

12. Throughout his employment, Plaintiff regularly worked 50 hours or more per week.

13. Defendants failed to pay Plaintiff any overtime premium compensation for hours worked over 40 per week, and, as asserted in Count I, such failure constitutes a willful violation of the FLSA.

14. Defendants often failed to pay Plaintiff the promised weekly salary of $1,057.69 ($55,000.00 divided by 52 weeks). Plaintiff currently estimates that Defendants owe him over $10,000.00 in unpaid salary.

15. Defendants frequently failed to pay Plaintiff the promised $125.00 bonuses. Plaintiff currently estimates that Defendants owe him over $15,000.00 in unpaid bonuses.

### COUNT I
**(Alleging Violations of the FLSA)**

16. All previous paragraphs are incorporated as though fully set forth herein.

17. The FLSA entitles Plaintiff to overtime pay of "not less than one and one-half

times" his regular pay rate for every hour worked over 40 per week. 29 U.S.C. § 207(a)(1).

18. Defendants violated the FLSA by failing to pay any overtime premium.

19. In violating the FLSA, Defendants acted willfully and with reckless disregard of clearly applicable FLSA provisions.

### COUNT II
### (Alleging Violations of the PMWA)

20. All previous paragraphs are incorporated as though fully set forth herein.

21. The PMWA entitles Plaintiff to overtime pay of "not less than one and one-half times" his regular pay rate for every hour worked over 40 per week. See 43 P.S. § 333.104(c).

22. Defendants violated the PMWA by failing to pay any overtime premium.

### COUNT III
### (Alleging Violations of the PWPCL)

23. All previous paragraphs are incorporated as though fully set forth herein.

24. The PWPCL "provides a statutory remedy when the employer breaches a contractual obligation to pay earned wages." De Asencio v. Tyson Foods, Inc., 342 F.3d 301, 309 (3d Cir. 2003) (internal quotations omitted).

25. Defendants violated the PWPCL by failing to pay Plaintiff the agreed-upon salary and bonus payments.

### COUNT IV
### (Alleging, in the Alternative, Unjust Enrichment)

26. All previous paragraphs are incorporated as though fully set forth herein.

27. The Pennsylvania doctrine of unjust enrichment permits a plaintiff to recover from a defendant where (i) the plaintiff has conferred benefits on the defendant, (ii) such benefits have been appreciated by the defendant, and (iii) it would be inequitable for the defendant to

retain such benefits without payment of value. Under such circumstances, the plaintiff must be compensated for the benefits unjustly received by the defendant.

28. An unjust enrichment claim may not exist where a defendant's failure to pay wages violated an employment agreement. See Lugo v. Farmers Pride, Inc., 967 A.2d 963, 969-70 (Pa. Super. 2009). However, the claim may be pled as an alternative theory in the event that the Court finds no contractual basis for the unpaid wage claim. See id.

29. Here, even if Plaintiff does not have a contractual right to the salary and bonus payments described herein, it would be inequitable for Defendants to retain the benefits of Plaintiffs' work without making the salary or bonus payments.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff seeks:

A. Unpaid overtime wages to the fullest extend permitted under the FLSA and PMWA;

B. Liquidated damages to the fullest extent permitted under the FLSA and the PWPCL;

C. Prejudgment interest to the fullest extent permitted under all claims;

D. Litigation costs, expenses, and attorney's fees to the fullest extent permitted under the FLSA, the PMWA, and the PWPCL; and

E. Such other and further relief as this Court deems just and proper.

Date: December 16, 2017

Respectfully,

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491



**HEADQUARTERS**
1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102
Phone: 215-249-6290
Fax: 267-367-7310

30 Wall Street
8th Floor
New York, NY 10005
Phone: 212-634-4690
Fax: 212-634-4691

1674 Meridian Avenue
Miami Beach, FL 33139
Phone: 305-423-1095
Fax: 305-423-1096

February 7, 2017

Daryl Kofsky
713 Lake Drive
Ambler, PA 19002

Dear Daryl:

It is with great pleasure that I am herewith offering you an opportunity with my firm, Black Diamond Forex LP.

Given the circumstances we discussed earlier today I am extending this employment offer to you:

> Start Date:  Feb 13, 2017
> Title:   Senior Recruiter, FX Operations
> Pay Rate: $11.00/hr** + $125.00 per hire - 60 days REVIEW and adjust

Daryl, I have spent considerable time with you and do believe you will be an asset. You absolutely need to become familiar with proprietary trading and Forex. This will be important as you bring in the candidates.

The initial flow of applications has been enormous and it looks like there is significant interest in this opportunity. It is exciting and will be good for you to be a part of it.
I look forward to speaking with you soon.


Best Regards,

Michael Salerno
Managing Partner/Executive Trader





**BLACK DIAMOND**
F O R E X

**HEADQUARTERS**
1500 Market Street
12th Floor - East Tower
Philadelphia, PA 19102
Phone: 215-249-6290
Fax: 267-367-7310

30 Wall Street
8th Floor
New York, NY 10005
Phone: 212-634-4690
Fax: 212-634-4691

1674 Meridian Avenue
Miami Beach, FL 33139
Phone: 305-423-1095
Fax: 305-423-1096

May 25, 2017

To Whom It May Concern:

This letter is being written to confirm that Daryl Kofsky is a full-time employee of Black Diamond Forex LP since February 14, 2017 and has the job title of Senior Recruiter.

Beginning June 1, 2017, Black Diamond Forex LP has agreed to compensate Daryl Kofsky with an annual salary of $55,000. In addition, Daryl will continue to receive a bonus of $125 per successful recruit, pending the applicants signed contract.

Daryl's responsibilities include but are not limited to creating a recruiting system that attracts top talent to the firm, writing and posting job descriptions on job boards, communicating as the liaison between senior partners and candidates, scheduling interviews, screening applicants, organizing seminars and conducting in-person interviews.

Daryl is an asset to this firm and his employment here is very stable.

Very truly yours,

Michael J. Salerno
Managing Partner



PLAINTIFF'S EXHIBIT B